Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | ACME Hospitality, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2645533 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4641 Beat Road<br>Litchfield, OH 44253<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Medina<br>County | **Location of principal assets, if different from principal place of business**<br>700 Medina Street Lodi, OH 44254<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   https://moxiesgrille.com/

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | ACME Hospitality, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5812

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | ACME Hospitality, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
 Contact name _____
 Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | ACME Hospitality, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | ACME Hospitality, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 22, 2024
　　　　　　　　MM / DD / YYYY

**X** /s/ Jerad Miller　　　　　　　　　　　　　　　Jerad Miller
Signature of authorized representative of debtor　　Printed name

Title  Sole Member

**18. Signature of attorney**

**X** /s/ Steven J. Heimberger　　　　　　　　　Date  January 22, 2024
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

Steven J. Heimberger 0084618
Printed name

Roderick Linton Belfance LLP
Firm name

50 South Main Street, 10th Floor
Akron, OH 44308
Number, Street, City, State & ZIP Code

Contact phone  330-434-3000　　Email address  sheimberger@rlbllp.com

0084618 OH
Bar number and State

Fill in this information to identify the case:

Debtor name: ACME Hospitality, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Credit Card | | | | $4,238.61 |
| Bitty Advance 1855 Griffin Road A-474 Dania, FL 33004 | | Future receivables | | $32,009.00 | $0.00 | $32,009.00 |
| Biz2Credit dba Itria Ventures 1 Penn Plaza, 31st Floor New York, NY 10119 | | Loan advance based upon Debtor's right to receive Employee Retention Credit | | | | $180,000.00 |
| Bizfund 2371 McDonald Avenue, 2nd Fl Brooklyn, NY 11223 | | Blanket lien on all assets of Debtor | | $39,050.00 | $50,000.00 | $39,050.00 |
| BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | | BMW X1 SUV | | $23,130.12 | $17,878.00 | $5,252.12 |
| Capital One PO Box 105474 Atlanta, GA 30348 | | Credit Card | | | | $588.72 |
| Celtic Bank (Bluevine) 268 South State Street Suite 300 Salt Lake City, UT 84111 | | Blanket lien on all assets of Debtor | | $46,732.02 | $50,000.00 | $46,732.02 |
| Cloudfund dba Max Recovery 400 Rella Boulevard Suite 165-1101 Suffern, NY 10901 | | Blanket lien on all assets of Debtor | | $42,971.00 | $50,000.00 | $42,971.00 |
| Columbia Gas of Ohio P.O. Box 117 Columbus, OH 43216 | | Utilities | | | | $1,934.55 |

| Debtor | ACME Hospitality, LLC | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Creative Colors LLC<br>17413 Woodford Avenue<br>Lakewood, OH 44107 | | Remodeling/construction services | | | | $16,800.00 |
| East Hudson Capital LLC<br>dba Global Capital Experts<br>27-01 Queens Plaza North<br>Suite 802<br>Long Island City, NY 11101 | | Blanket lien on all assets of Debtor | | $136,334.00 | $50,000.00 | $136,334.00 |
| First National Bank of Omaha<br>P.O. Box 2818<br>Omaha, NE 68103 | | Credit Card | | | | $8,551.14 |
| Huntington National Bank<br>5555 Cleveland Avenue - GW1W37<br>Columbus, OH 43229 | | Blanket lien on all assets of Debtor | | $47,542.30 | $50,000.00 | $47,542.30 |
| Innovation Refunds, LLC<br>4350 Westown Parkway, Suite 300<br>West Des Moines, IA 50266 | | Assistance filing for Employee Retention Tax Credit (25% contingency fee) | | | | $55,491.33 |
| JP Morgan Chase, N.A.<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203 | | Credit card | | | | $4,581.83 |
| Ohio Edison<br>76 South Main Street A-RPC<br>Akron, OH 44308 | | Utilities | | | | $535.27 |
| OnDeck Capital LLC<br>4700 W. Daybreak Parkway, Suite 200<br>South Jordan, UT 84009 | | Blanket lien on all assets of Debtor | | $111,338.59 | $50,000.00 | $111,338.59 |
| U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | Blanket lien on all assets of debtor | | $765,282.79 | $50,000.00 | $761,708.27 |

American Express
P.O. Box 981535
El Paso, TX 79998


Attorney General of the U.S.
Main Justice Bldg.
10th & Constitution Avenue, N.W.
Washington, DC 20530


Attorney General of the U.S.
U.S. D.O.J. Tax Division
Civil Trial Section, N.Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


Bitty Advance
1855 Griffin Road
A-474
Dania, FL 33004


Biz2Credit
dba Itria Ventures
1 Penn Plaza, 31st Floor
New York, NY 10119


Bizfund
2371 McDonald Avenue, 2nd Fl
Brooklyn, NY 11223


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016


Capital One
PO Box 105474
Atlanta, GA 30348


Celtic Bank (Bluevine)
268 South State Street
Suite 300
Salt Lake City, UT 84111

Cloudfund
dba Max Recovery
400 Rella Boulevard
Suite 165-1101
Suffern, NY 10901


Columbia Gas of Ohio
P.O. Box 117
Columbus, OH 43216


Creative Colors LLC
17413 Woodford Avenue
Lakewood, OH 44107


East Hudson Capital LLC
dba Global Capital Experts
27-01 Queens Plaza North
Suite 802
Long Island City, NY 11101


First National Bank of Omaha
P.O. Box 2818
Omaha, NE 68103


Huntington National Bank
5555 Cleveland Avenue - GW1W37
Columbus, OH 43229


Innovation Refunds, LLC
4350 Westown Parkway, Suite 300
West Des Moines, IA 50266


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street
Room 493
Cleveland, OH 44199


JP Morgan Chase, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

```
Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215


Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530


Ohio Edison
76 South Main Street
A-RPC
Akron, OH 44308


OnDeck Capital LLC
4700 W. Daybreak Parkway, Suite 200
South Jordan, UT 84009


SBA, District Counsel
Small Business Administration
1350 Euclid Avenue, Suite 211
Cleveland, OH 44115


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


United States Attorney
Northern District of Ohio
801 Superior Avenue, Suite 400
Cleveland, OH 44113-1852
```

# United States Bankruptcy Court
## Northern District of Ohio

In re  ACME Hospitality, LLC  
Debtor(s)

Case No.  
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  ACME Hospitality, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 22, 2024  
Date

/s/ Steven J. Heimberger  
Steven J. Heimberger 0084618  
Signature of Attorney or Litigant  
Counsel for  ACME Hospitality, LLC  
Roderick Linton Belfance LLP  
50 South Main Street, 10th Floor  
Akron, OH 44308  
330-434-3000 Fax:330-434-9220  
sheimberger@rlbllp.com