IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ACME HOSPITALITY, LLC | ) | CASE NO. 24-50077 |
| | ) | |
| Debtor and Debtor-in-Possession | ) | JUDGE KOSCHIK |
| | ) | |
| (Employer Tax I.D. No 82-2645533) | ) | |
| | ) | |

**NOTICE OF HEARING ON FEE APPLICATION OF RODERICK LINTON
BELFANCE AND MOTION FOR FINAL DECREE**

PLEASE TAKE NOTICE that on May 4, 2025, the above-captioned debtor and debtor in possession (the "Debtor") filed with the Court the following pleadings:

- *Application of Roderick Linton Belfance LLP for Interim and Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of January 22, 2024, through May 2, 2025,* Docket No. 134 (the "Application").

- *Motion of Debtor for a Final Decree Closing Chapter 11 Case,* Docket No. 135.

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss it with your attorney, if you have one in these bankruptcy cases. If you do not currently have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested in the above Motions, or if you want the Court to consider your views on the Motions, then on or before May 27, 2025, you or your attorney must:

1.    File with the Court a written response explaining your position at:

**United States Bankruptcy Court
Office of the Clerk
2 South Main Street
Akron, Ohio 44308**

2.      Serve a copy of your objection on the undersigned counsel:

**Steven J. Heimberger**
**Roderick Linton Belfance, LLP**
**50 South Main Street, 10th Floor**
**Akron, Ohio 44308**

3.      If an objection is filed in the manner described above, a hearing on such Application will be held on **June 3, 2025 at 10:00 a.m.,** before the Honorable Alan M. Koschik, at the United States Bankruptcy Court for the Northern District of Ohio, Room 260, John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

If no objection is filed and served in the manner described above, the Court may grant the relief sought in the motion without a hearing or further notice.

Dated: May 5, 2025                Submitted by:

Roderick Linton Belfance LLP

*/s/* Steven J. Heimberger
STEVEN J. HEIMBERGER (#0084618)
50 South Main Street, 10th Floor
Akron, Ohio 44308
Tele: (330) 434-3000
Fax: (330) 434-9220
sheimberger@rlbllp.com
*Counsel for Debtor*
*& Debtor In Possession*